JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANI LINK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:24-cv-07718-PA (SKx)<br><br>(Honorable Percy Anderson)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)]**<br><br><br>Complaint Filed: September 10, 2024 |

Case No. 2:24-cv-7718 PA (SKx)
00983\203725285.v1

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 3, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE